UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Oscar B. Martinez on behalf of himself and all others similarly situated<br><br>　　　　　　　　　Plaintiff,<br>　v.<br><br>Tromberg, Morris, & Poulin, PLLC<br><br>　　　　　　　　　Defendant. | Civil Action No. 20-cv-19735-WJM-MF<br><br>**ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT** |

**TO:   UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY**

Plaintiff, Oscar B. Martinez, accepts Defendant's Offer of Judgment a copy of which is annexed hereto as **Exhibit A**, and requests that the Clerk enter Judgment in accordance with the annexed proposed judgment.

Dated: August 16, 2021

　　　　　　　　　　　　　　　　　The Law Offices of Gus Michael Farinella, PC

　　　　　　　　　　　　　　　　　　　　/s/ Ryan Gentile
　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　Ryan Gentile, Esq.
　　　　　　　　　　　　　　　　　110 Jericho Turnpike – Suite 100
　　　　　　　　　　　　　　　　　Floral Park, NY 11001
　　　　　　　　　　　　　　　　　Tel: 201-873-7675
　　　　　　　　　　　　　　　　　rlg@lawgmf.com
　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 16, 2021, I caused to be served via ECF a true and correct copy of the above and foregoing on all parties and a paper copy by USPS on:

Brit J. Suttell, Esq.
Barron & Newburger, P.C.
10 Beatty Road, Suite 200
Media, PA 19063
*Attorney for the Defendant*

                                              By: /s/ Ryan Gentile
                                                  Ryan Gentile, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Oscar B. Martinez on behalf of himself and all others similarly situated<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>Tromberg, Morris, & Poulin, PLLC<br><br>　　　　　　　　Defendant. | Civil Action No. 20-cv-19735-WJM-MF |

## CLERK'S JUDGMENT

　　Defendant Tromberg, Morris, & Poulin, PLLC having offered judgment against itself pursuant to F.R.C.P. 68 in the sum of $1,500.00 plus costs and reasonable attorney's fees as either agreed to by the parties or as determined by the Court, if necessary and Plaintiff Oscar B. Martinez having accepted said offer of judgment only as to his claims on an individual basis; it is hereby

　　ORDERED, ADJUDGED AND DECREED that Plaintiff Oscar B. Martinez recover from Defendant Tromberg, Morris, & Poulin, PLLC the principal amount of $1,500.00 together with costs and reasonable attorney's fees as either agreed to by the parties or as determined by the Court, if necessary.

DATED: _____

　　　　　　　　　　　　　　　　　　　　**CLERK OF THE COURT**

　　　　　　　　　　　　　　　　　　　　**WILLIAM T. WALSH**

　　　　　　　　　　　　　　BY:

　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK